# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOAN I. KRAYNAK

|  |  |
|---|---|
| **Chapter:** | 13 |
| **Case No.:** | **5:25-bk-02445-MJC** |

**Debtor 1**

JACK N. ZAHAROPOULOS,
CHAPTER 13 TRUSTEE
    vs.        **Movant(s)**

JOAN I. KRAYNAK,

      **Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Doc.32, certifying Debtor's failure to comply with an Order entered April 16, 2026, directing Debtor to file an Amended Plan within fourteen (14) days from the date thereof, Doc. 31, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 12, 2026