# Notice Recipients

District/Off: 0314–5          User: AutoDocketer          Date Created: 5/12/2026

Case: 5:25–bk–02445–MJC          Form ID: pdf010          Total: 18

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Paul Donald Murphy–Ahles | pmurphy@dplglaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Joan I. Kraynak | 45 Old Sullivan Street          Swoyersville, PA 18704 |
| cr | M&T Bank | PO Box 1508          Buffalo, NY 14240 |
| 5738001 | Capital One Bank | PO Box 30285          Salt Lake City, UT 84130–0285 |
| 5741056 | Capital One N.A. | by AIS InfoSource LP as agent          PO Box 71083          Charlotte, NC 28272–1083 |
| 5738002 | Hayt, Hayt & Landau | Two Industrial Way West          Eatontown, NJ 07724–0500 |
| 5738003 | Kathleen Cella | 45 Old Sullivan Street          Swoyersville, PA 18704 |
| 5739505 | LVNV Funding, LLC | Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587 |
| 5738004 | Luzerne County Tax Claim Bureau | Luzerne County Courthouse          20 North Pennsylvania Avenue          Wilkes Barre, PA 18701 |
| 5747670 | M&T BANK | PO BOX 1508          Buffalo NY 14240 |
| 5738005 | M&T Bank | Attn: Legal Document Processing          626 Commerce Drive          Amherst, NY 14228–2307 |
| 5750277 | Midland Credit Management, Inc. | PO Box 2037          Warren, MI 48090 |
| 5750047 | PCA Acquisition V, LLC c.o | PCA Acquisition V, LLC          c.o Phillips and Cohen Assoc.          1002 Justison Street          Wilmington, DE 19801 |
| 5738006 | RAS LaVrar | 425 Commerce Drive, Suite 150          Fort Washington, PA 19034 |
| 5738007 | Resurgent Capital Services | PO Box 10587          Greenville, SC 29603–0587 |
| 5752644 | Verizon | by AIS InfoSource LP as agent          PO Box 4457          Houston, TX 77210–4457 |

TOTAL: 15